<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1840**

THOMAS C. BURCHER,

            Plaintiff - Appellant,

      v.

SIEMANS AUTOMOTIVE CORPORATION,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Jerome B. Friedman, District Judge.   (4:08-cv-00106-JBF)

Submitted:  February 11, 2010        Decided:  February 25, 2010

Before KING, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher D. Supino, Adam H. Lotkin, NORRIS, ST. CLAIR & LOTKIN, Virginia Beach, Virginia, for Appellant. Shepherd D. Wainger, Erin Q. Ashcroft, MCGUIREWOODS, LLP, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas C. Burcher appeals the district court's order granting Appellee's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Burcher v. Siemans Automotive Corp., No. 4:08-cv-00106-JBF (E.D. Va. June 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED